| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David M. Goodrich<br>SulmeyerKupetz<br>333 S. Hope Street 35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213)626-2311<br>Facsimile: (213)629-4520<br>Email: goodrichtrustee@sulmeyerlaw.com<br>☒ Chapter 7 trustee appearing without an attorney<br>☐ Attorney for chapter 7 trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES**

| In re:<br>KHACHATOURIAN, RENE | CASE NO.: 16-22472-RK<br>CHAPTER 7 |
|---|---|
| | **CHAPTER 7 TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE AND DECLARATION THAT DEBTOR(S) FAILED TO APPEAR AT TWO 341(a) MEETINGS OF CREDITORS**<br><br>**[LBR 1017-2(b), LBR 9013-1(q)]** |
| Debtor(s). | |

I am the trustee of this chapter 7 bankruptcy case. I request that this case be dismissed because the Debtor(s) failed to appear at two or more 341(a) meetings of creditors held pursuant to 11 U.S.C. § 341(a). I provided written notice to the Debtor(s) of any continued/rescheduled meeting of creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/16/16

By: /s/ David M. Goodrich
Signature of trustee

Name: David M. Goodrich
Printed name of trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2014*    F 1017-2.1.MOTION.DISM.CH7.TRUSTEE