# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Rene Khachatourian
dba LA Financial Enterprises

**BANKRUPTCY NO.**  2:16–bk–22472–RK

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–8564
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 11/17/16

**Address:**
1064 Davis Ave
Glendale, CA 91201

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)   The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2)   Any discharge entered in this case is hereby vacated in its entirety.

3)   The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: November 17, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van23a–odmwab VAN–23) Rev. 11/09

**22 / SMZ**